1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  GENENTECH, INC., et al.,          )
                                      )
12            Plaintiff(s),           )     No. C08-4909 SI (BZ)
                                      )
13      v.                            )
                                      )
14  SANOFI-AVENTIS DEUTSCHLAND        )
    GMBH, et al.,                     )
15                                    )
              Defendant(s).           )
16  _____ )
    SANOFI-AVENTIS DEUTSCHLAND        )
17  GMBH, et al.,                     )     No. C09-4919 SI (BZ)
                                      )
18            Plaintiff(s),           )
                                      )
19      v.                            )
                                      )     **NINTH DISCOVERY ORDER**
20  GENENTECH and BIOGEN IDEC         )
    INC.,                             )
21                                    )
              Defendants.             )
22  _____ )

23        At the October 27, 2010 hearing the parties should be

24  prepared to discuss this possible resolution of Sanofi's

25  motion which the Court is considering:

26        1.   The parties would agree on a neutral testing

27  laboratory to conduct the proposed test.  That laboratory

28  would be appointed as a special master under Rule 53.  The

                                  1

1  testing protocol would be developed by the neutral laboratory.

2      2.   If the test failed to disclose the presence of HCMV

3  enhancers in the tested cells, Sanofi would agree to dismiss

4  its claims against Avastin® with prejudice.

5  Dated: September 24, 2010

6

7                          Bernard Zimmerman

8                          United States Magistrate Judge

9

   G:\BZALL\-REFS\GENENTECH\DISC ORD 9.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28