1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENENTECH, INC., et al., | ) ) | |
| Plaintiff(s), | ) ) | No. C08-4909 SI (BZ) |
| v. | ) ) | |
| SANOFI-AVENTIS DEUTSCHLAND GMBH, et al., | ) ) ) | |
| Defendant(s). | ) ) | |
| SANOFI-AVENTIS DEUTSCHLAND GMBH, et al., | ) ) ) | No. C09-4919 SI (BZ) |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **ELEVENTH DISCOVERY ORDER** |
| GENENTECH and BIOGEN IDEC INC., | ) ) ) | |
| Defendants. | ) ) | |

Sanofi's request to modify the Court's November 5, 2010 order is **GRANTED** to the extent that once Sanofi dismisses its claim against Avastin® with prejudice, then it may notify BioReliance that BioReliance is not required to submit the testing report specified in Paragraph 11 of the November 5,
///

1

2010 Order Appointing Special Master.

Dated: November 23, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GENENTECH\DISC ORD 11.wpd