1  KILPATRICK TOWNSEND & STOCKTON LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  DAVID J. TSAI (State Bar No. 244479)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email: jgilliland@kilpatricktownsend.com
5          dtsai@kilpatricktownsend.com

6  KILPATRICK TOWNSEND & STOCKTON LLP
   ANNE M. ROGASKI (State Bar No. 184754)
7  379 Lytton Avenue
   Palo Alto, CA  94301
8  Telephone:  (650) 326-2400
   Facsimile:  (650) 326-2422
9  Email: arogaski@kilpatricktownsend.com

10 FOLEY HOAG LLP
   DONALD R. WARE (Mass. Bar No. 516260) (*pro hac vice*)
11 CLAIRE LAPORTE (Mass. Bar No. 554979) (*pro hac vice*)
   JEREMY A. YOUNKIN (Mass Bar No. 654047) (*pro hac vice*)
12 Seaport World Trade Center West
   155 Seaport Boulevard
13 Boston, MA 02210-2600
   Telephone:     (617) 832-1180
14 Facsimile:     (617) 832-7000
   Email: dware@foleyhoag.com
15         claporte@foleyhoag.com
           jyounkin@foleyhoag.com
16
   Attorneys for Defendant
17 BIOGEN IDEC INC.

18                    UNITED STATES DISTRICT COURT

19              FOR THE NORTHERN DISTRICT OF CALIFORNIA

20
   SANOFI-AVENTIS DEUTSCHLAND          Case No. 3:08-cv-04909 SI
21 GMBH,                               Case No. 3:09-cv-04919 SI

22          Plaintiff,                 **NOTICE OF LAW FIRM NAME
                                       CHANGE**
23      v.

24 GENENTECH, INC., and BIOGEN IDEC    Complaint Filed:  October 27, 2008
   INC.,
25
            Defendants.
26

27       TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR

28 ATTORNEYS OF RECORD:



NOTICE OF LAW FIRM NAME CHANGE
CASE NO. 3:08-CV-04909 SI AND CASE NO. 4:09-CV-04919 SI

1

1   PLEASE TAKE NOTICE that effective January 1, 2011, the law firm of Townsend and

2   Townsend and Crew LLP, counsel for Defendant Biogen IDEC, Inc., in the above-entitled action,

3   combined with Kilpatrick Stockton LLP, and changed its name to Kilpatrick Townsend &

4   Stockton LLP. All future reference to the firm in this matter should be to Kilpatrick Townsend &

5   Stockton LLP. The new email addresses for each of the attorneys who have entered an appearance

6   in this case to date are identified with the attorneys' names in the above caption. The firm's and

7   its attorney's addresses and telephone and facsimile numbers will remain the same.

8   DATED: January 11, 2011          KILPATRICK TOWNSEND & STOCKTON LLP
                                     FOLEY HOAG LLP
9
                                     By: /s/ Anne M. Rogaski
10                                   TOWNSEND, TOWNSEND & CREW LLP
                                       James G. Gilliland (Bar No. 107988)
11                                     jgilliland@kilpatricktownsend.com
                                       David J. Tsai (Bar No. 244479)
12                                     dtsai@kilpatricktownsend.com
                                     Two Embarcadero Center, Eighth Floor
13                                   San Francisco, CA 94111
                                     Telephone:   (415) 576-0200
14                                   Facsimile:   (415) 576-0300

15                                     Anne M. Rogaski (Bar No. 184754)
                                       arogaski@kilpatricktownsend.com
16                                   379 Lytton Avenue
                                     Palo Alto, CA 94301
17                                   Telephone:   (650) 326-2400
                                     Facsimile:   (650) 326-2422
18
                                     FOLEY HOAG LLP
19                                     Donald R. Ware
                                       (Mass. Bar No: 516260) (pro hac vice)
20                                     dware@foleyhoag.com
                                       Claire Laporte
21                                     (Mass. Bar No: 554979) (pro hac vice)
                                       claporte@foleyhoag.com
22                                     Jeremy A. Younkin
                                       (Mass Bar No. 654057) (pro hac vice)
23                                     jyounkin@foleyhoag.com
                                     Seaport World Trade Center West
24                                   155 Seaport Boulevard
                                     Boston, MA 02210-2600
25                                   Telephone:   (617) 832-1180
                                     Facsimile:   (617) 832-7000
26
                                     Attorneys for Defendant Biogen Idec Inc.
27

28  63085764 v1

