# United States Court of Appeals for the Federal Circuit

---

**SANOFI-AVENTIS DEUTSCHLAND GMBH,**
*Plaintiff-Appellee,*

v.

**GENENTECH, INC.,**
*Defendant-Appellant,*

AND

**BIOGEN IDEC INC.,**
*Defendant.*

---

2012-1454

---

Appeal from the United States District Court for the Northern District of California in Nos. 08-CV-4909 and 09-CV-4919, Judge Susan Y. Illston.

---

### JUDGMENT

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

### AFFIRMED

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>May 10, 2013</u> | <u>     /s/ Jan Horbaly     </u> |
| Date | Jan Horbaly |
| | Clerk |